IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLIANCE FOR TRIBAL
CLEAN ENERGY, a 501(c)(3)
nonprofit corporation; and CHERI
SMITH, in her official and
individual capacities,

        Plaintiffs,

    v.

7SKYLINE, LLC, a limited liability
company; JENNIFER ROUDA, in her
official and individual capacities; and
DAVID HARPER, in his official and
individual capacities,

        Defendants.

Case No. 3:24-cv-01818-JR

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge Jolie A. Russo issued a Findings and Recommendation on September 16, 2025, in which she recommends that this Court deny Defendants' Motion to Dismiss and

1 – ORDER

Strike. F&R, ECF No. 47. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

The parties filed timely objections to the Magistrate Judge's Findings and Recommendation. Defs.' Obj., ECF No. 49; Pls.' Obj., ECF No. 50. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered the parties' objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [47]. Therefore, Defendants' Motion to Dismiss and Strike [41] is DENIED.

IT IS SO ORDERED.

DATED this 21st day of January, 2026.

*Amy M. Baggio*
———————————————
AMY M. BAGGIO
United States District Judge

2 – ORDER